FORM deffmgmt (revised 12/10)

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## NOTICE TO DEBTOR(S)

CASE NAME: LOTERIO EDWARDS
CASE NUMBER/ADVERSARY NUMBER: 4:12−bk−12228−BMW

TO: LOTERIO EDWARDS

# Final Notice: The Bankruptcy Court is unable to enter your discharge.

You have failed to file the required Certification of Completion of Instructional Course Concerning Personal Financial Management which certifies that you have completed an instructional course in personal financial management by a personal financial management instruction provider approved by the United States Trustee. A list of approved providers may be obtained from the court's web site *www.azb.uscourts.gov*.

The requirement that you complete an approved Personal Financial Management Course is completely separate from the Credit Counseling you received before you filed your bankruptcy. You must complete a Personal Financial Management Course to receive your discharge.

**You have 14 days from the date of this notice to complete and file the attached Certificate. You must also attach a copy of the document you received from the course provider showing that you completed the course.**

If you are submitting a certification that no personal financial management course is required because you are incapacitated or disabled as defined in 11 USC Section 109(h)(4) or that you are on active military duty in a military combat zone, you need to attach documentation which supports your certification. Your certification and supporting documentation will be referred to the bankruptcy judge for a determination under Section 109(h)(4).

**If you do not file this Certificate within 14 days of the date of this notice, your case will be closed without a discharge being entered.** Once the case is closed, if you seek to reopen the case to complete this requirement so that your discharge can be entered, please be advised that you will be required to pay a reopening fee of $260.00 in a Chapter 7 case and $235.00 in a Chapter 13 case.

**Date: March 27, 2013**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: Janel M, Deputy Clerk
Phone: 520−202−7902

FORM b23 (12/10)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:12−bk−12228−BMW

LOTERIO EDWARDS  Chapter: 7
PO BOX 165
SAN CARLOS, AZ 85550
**SSAN:** xxx−xx−0554
**EIN:**

Debtor(s)

---

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline.*

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*[Check the appropriate boxes]*

☐ I/We, _____, the debtor(s) in the above−styled case hereby
   *(Printed Name(s) of Debtor and Joint Debtor, if any)*

certify that on_____I/we completed an instructional course in personal financial management
              *(Date)*

provided by _____, an approved personal financial management
           *(Name of Provider)*

instruction provider. If the provider furnished a Certificate attesting to the completion of the personal financial

management instructional course, a copy is attached. Certificate No._____.

− − − CERTIFICATION OF COMPLETION CONTINUES ON NEXT PAGE − − −

☐ I/We, _____, the debtor(s) in the above−styled case, hereby
　　　*(Printed Name(s) of Debtor and Joint Debtor, if any)*

certify that <u>no personal financial management course is required</u>, because:

　　☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);

　　☐ I am/ We are on active military duty in a military combat zone.


_____
Signature of Debtor　　　　　　　　　　　　　　Date


_____
Signature of Joint Debtor　　　　　　　　　　　　Date

```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                                Case No. 12-12228-BMW
LOTERIO EDWARDS                                                       Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0970-4          User: mccormij              Page 1 of 2              Date Rcvd: Mar 27, 2013
                              Form ID: deffmgmt           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2013.
db             +LOTERIO EDWARDS,    PO BOX 165,    SAN CARLOS, AZ 85550-0165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2013**                         **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2013 at the address(es) listed below:
        KELLIE (AZCLDP 81069) DICARLO   kellie@arizonalegaldocs.com
        MICHAEL  ZDANCEWICZ   on behalf of Creditor  Exeter Finance Corp. courtdocs@wzfirm.com, mz@wzfirm.com;ks@wzfirm.com
        TRUDY A. NOWAK     trustee@tanowak.com;tan@trustesolutions.com;tan@trustesolutions.net;abm@tanowak.com;dkw@tanowak.com
        U.S. TRUSTEE   USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                    TOTAL: 4