# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                          Case No.: 4:12–bk–12228–BMW

**LOTERIO EDWARDS**                             Chapter: 7
PO BOX 165
SAN CARLOS, AZ 85550
**SSAN:** xxx–xx–0554
**EIN:**

Debtor(s)

## NOTICE THAT CASE HAS BEEN CLOSED WITHOUT ENTRY OF A DISCHARGE

---

NOTICE IS GIVEN that the above captioned case has been closed without the entry of an order of discharge. Debtor(s) did not receive a discharge in this case because debtor(s) failed to file a Certification of Completion of Instructional Course Concerning Personal Financial Management as required by Title 11, United States Code, Sections 727(a)(11) and 1328(g)(1).

**Date: June 6, 2013**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                      **George Prentice**
Tucson, AZ 85701–1704
Telephone number:  (520) 202–7500
www.azb.uscourts.gov

In re:                                                    Case No. 12-12228-BMW
LOTERIO EDWARDS                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4        User: mccormij        Page 1 of 3        Date Rcvd: Jun 06, 2013
                           Form ID: closnodc     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2013.
```
db          +LOTERIO EDWARDS,   PO BOX 165,   SAN CARLOS, AZ 85550-0165
cr          +Exeter Finance Corp.,   c/o Windtberg & Zdancewicz, PLC,   7551 S. Willow,   Suite 102,
             Tempe, AZ 85283-5003
11459139    +AMERICAN STUDENT ASSISTANCE,   330 STUART STREET,   BOSTON, MA 02116-5242
11459141    +BRIANETTA EDWARDS,   6745 E. SUPERSTITION SPRINGS BLVD,   #2087,   MESA, AZ 85206-4319
11459142    +CREDIT ACCEPTANCE,   PO BOX 513,   SOUTHFIELD, MI 48037-0513
11459144    +CREDIT PROTECTION ASSOCIATION,   13355 NOEL RD,   SUITE 2100,   DALLAS, TX 75240-6837
11459145    +CREDIT SOLUTIONS CORP,   5454 RUFFIN RD,   SUITE 200,   SAN DIEGO, CA 92123-1313
11459147     DESERT SCHOOLS FEDERAL CREDIT UNION,   PO BOX 2945,   PHOENIX, ARIZONA 85062-2945
11459150    +IMAGINE,   PO BIX 105555,   ATLANTA, GA 30348-5555
11459151    +JR BROTHERS FINANCE INC,   10000 N. 31ST AVENUE,   SUITE D200,   PHOENIX, ARIZONA 85051-0913
11988288    +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
11459152    +MEDICAL RESOURCE SYSTEMS,   2222 S. DOBSON RD, SUITE 1100,   MESA, ARIZONA 85202-6201
11459156    +VALLEY COLLECTION SERVICES,   7025 N. 58TH AVENUE,   GLENDALE, AZ 85301-2424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 07 2013 02:43:30
             Exeter Finance Department,   c/o Ascension Capital Group,   P.O. Box 201347,
             Arlington, TX 76006-1347
11459138    +E-mail/PDF: recoverybankruptcy@afninet.com Jun 07 2013 02:44:46      AFNI,   PO BOX 3427,
             BLOOMINGTON, IL 61702-3427
11459140    +E-mail/Text: bankruptcy@aps.com Jun 07 2013 02:27:23      ARIZONA PUBLIC SERVICE,   PO BOX 53999,
             PHOENIX, ARIZONA 85072-3999
11915367     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2013 03:21:15
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
11459143     E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2013 02:30:49
             CREDIT COLLECTION SERVICES,   PO BOX 9134,   NEEDHAM, MA 02494-9134
11841933    +E-mail/Text: bankruptcy@cavps.com Jun 07 2013 04:19:00      Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
11459146    +E-mail/PDF: pa_dc_ed@salliemae.com Jun 07 2013 03:22:03      DEPT OF EDUCATION/SALLIE MAE,
             PO BOX 9635,   WILKES BARRE, PA 18773-9635
11459148    +E-mail/Text: acooper@emeraldar.com Jun 07 2013 02:34:49      EMERALD AR SYSTEMS,
             1850 N. CENTRAL AVE,   SUITE 1010,   PHOENIX, AZ 85004-3948
11459149    +E-mail/Text: bknotification@exeterfinance.com Jun 07 2013 02:30:33      EXETER FINANCE CORP,
             222 LAS COLINAS BLVD W,   IRVING, TX 75039-5421
11902892    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 07 2013 02:45:03
             Exeter Finance Corp.,   c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
11914098     E-mail/Text: cio.bncmail@irs.gov Jun 07 2013 02:17:09      Internal Revenue Service,
             4041 N. Central Avenue MS5014PX,   Phoenix, Arizona 85012
11459153    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2013 02:27:01      MIDLAND FUNDING, LLC,
             8875 AERO DR,   STE 200,   SAN DIEGO, CA 92123-2255
11459154    +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 07 2013 03:46:46      NCO FINANCIAL 02,
             507 PRUDENTIAL RD,   HORSHAM, PA 19044-2368
11459155     E-mail/Text: mhansen@gopfs.com Jun 07 2013 02:30:37      PRESTIGE FINANCIAL SERVICES,
             1420 S. 500 W,   SALT LAKE CITY, UT 84115
11840069    +E-mail/Text: mhansen@gopfs.com Jun 07 2013 02:30:37      Prestige Financial Services,
             PO Box 26707,   Salt Lake City, UT 84126-0707
                                                                                      TOTAL: 15
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2013**                    **Signature:**        _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2013 at the address(es) listed below:
        KELLIE (AZCLDP 81069) DICARLO   kellie@arizonalegaldocs.com
        MICHAEL  ZDANCEWICZ   on behalf of Creditor   Exeter Finance Corp. courtdocs@wzfirm.com,
        mz@wzfirm.com;ks@wzfirm.com
        TRUDY 1  NOWAK   on behalf of Trustee TRUDY A. NOWAK tan@tanowak.com,
        abm@tanowak.com;dkw@tanowak.com
        TRUDY A. NOWAK
        trustee@tanowak.com;tan@trustesolutions.com;tan@trustesolutions.net;abm@tanowak.com;dkw@tanowak.c
        om
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                      TOTAL: 5